

September 26, 2023

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 29 2023 ★

LONG ISLAND OFFICE

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 940
Central Islip, New York 11722

Re: USA v. Jonathan Hernandez, et al.
Jonathan Hernandez, murderer of my son, Michael Johnson
Criminal Docket No.: 2:16-cr-00403-GRB-8

Dear Honorable Sir:

I am writing to respectfully request, Your Honor, that you please do not grant any more adjournments in connection with the above matter. This matter has been adjourned on numerous occasions before and it is unfair to myself and my family that this murderer has not yet faced his punishment. When this horrific incident took place, my son, Michael Johnson, was not given the option of whether he wanted to live or die at the hands of this savage murderer.

While the sentencing does not bring back my Michael to me, nor is it as much of a penalty as Hernandez deserves, it is the only means I have to receive justice and somehow, try to make peace with how this could have even possibly have happened in a civilized world. My family and I implore you, we are throwing ourselves on the mercy of the Court, please help us bring some closure to this senseless act and allow us the opportunity to begin the very difficult journey of the healing process. If Hernandez was man enough to take a life, then he is man enough to give up his life. Please, Your Honor, please do not allow any more time to pass without any resolution of this case. It has been almost eight years and still there is no justice, no closure and no peace for us as a family.

Thank you for consideration of this request and the courtesies you have extended throughout this trial process.

Respectfully Submitted,

*George Johnson*
George Johnson

cc: Via USPS
Clerk of the Court

RECEIVED
OCT 02 2023
EDNY PRO SE OFFICE

Michael K. Bachrach, Esq.
Thomas Ambrosio, Esq.
John Joseph Durham, Esq.
Paul G. Scotti, Esq.
Raymond A. Tierney, Esq.
Justina L. Geraci, Esq.
Megan Elizabeth Farrell, Esq.

George Johnson

MID-ISLAND NY 117
27 SEP 2023 PM 4 L

Clerk of the Court
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 29 2023 ★

LONG ISLAND OFFICE

11722-443800